# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| BARBARA K. BROWN | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 05-4041 |
| | § | |
| BHAVIN INVESTMENTS, INC., a Texas | § | |
| Corporation and RAJAN DUDHWALA, | § | |
| an Individual | § | |
| | § | |
| Defendants | § | |

## DISMISSAL ORDER

On this day came on to be heard a request for dismissal by Plaintiff Barbara Brown, individually and as sole shareholder and successor-in-interest of Brown Super 8, Inc., of all her claims against Defendants in the above referenced cause of action, and the Court being of the opinion that the same is well taken;

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the claims of the Plaintiff in the above styled and numbered cause against Defendants Bhavin Investments, Inc. and Rajan Dudhwala be, and hereby are, dismissed with prejudice.

IT IS FURTHER ORDERED that costs of court shall be paid by the party incurring the same.

SIGNED AND ENTERED this 25 day of Oct., 2005.

_____
Hon. Harry F. Barnes
U.S. District Judge

APPROVED AS TO CONTENT AND FORM:

_____
RANDALL MILLER
*Attorney for Plaintiff*

_____
M. WADE KIMMEL
*Attorney for Defendants*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 25 2005

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK